UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 22-1084

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | Magistrate Case No. 9278014 (Class A) |
| | ] | 9278015 (Class A) |
| v. | ] | 9278016 (Class A) |
| | ] | |
| KHALIF Y. ZORYEAH-SADAT | ] | Offense on a Federal Reservation |
| | ] | |

BEFORE the **Honorable Matthew J. Skahill**, a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson, Esq.**, Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **6th day of March 2022**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**KHALIF Y. ZORYEAH-SADAT** did commit:

Three (3) counts Possession of Firearms in violation of 18 USC 930.

The name of the Complainant is **Luke D. Wilson, Esq.**

**LUKE D. WILSON, Esq.**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED ~~IN MY~~ via zoom PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 5TH DAY OF MAY 2022.** consistent with Rule 4.1, of the Federal Rules of Crim. Procedure.

**HONORABLE MATTHEW J. SKAHILL**
**United States Magistrate Judge**

5/5/22 NK 7/7/22

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on March 6th, 2022 while exercising my duties as a law enforcement officer in the Federal District of NJ

the listed subject was found in possession of an illegal firearm while trespassing on Range 30b. A Glock Semi-automatic pistol with no listed serial number on the weapon.

The foregoing statement is based upon:

- [ ] my personal observation
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03062022 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 04/11/2022 13:14

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on March 6th, 2022 while exercising my duties as a law enforcement officer in the Federal District of NJ

the listed Subject was found in possession of an illegal firearm while trespassing on Range 30b. An automatic rifle without a listed serial number on the weapon.

CVB SCAN 04/11/2022 13:14

The foregoing statement is based upon:

- [ ] my personal observation
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03 06 22 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on March 6th, 20 22 while exercising my duties as a law enforcement officer in the Federal District of NJ

the listed subject was found in possession of an illegal firearm while trespassing on Range 30b. Automatic Rifle without a listed serial number on the weapon.

The foregoing statement is based upon:

- [ ] my personal observation
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03062022 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 04/11/2022 13:14